# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| EILEEN MCGUIRE, | : | No. 901 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DONALD RUSSO, DOING BUSINESS AS | : | |
| LAW OFFICES OF DONALD P. RUSSO, | : | |
| ESQ., LAW OFFICES OF DONALD P | : | |
| RUSSO, (THE "RUSSO DEFENDANTS"), | : | |
| AND DEIRDRE KAMBER TODD, DOING | : | |
| BUSINESS AS FITZPATRICK LENTZ & | : | |
| BUBBA P.C., DOING BUSINESS AS | : | |
| KAMBER LAW GROUP, P.C., ALSO | : | |
| KNOWN AS KAMBER LAW GROUP P.C., | : | |
| ESQ., THE KAMBER LAW GROUP P.C., | : | |
| FITZPATRICK LENTZ & BUBBA P.C., | : | |
| (THE "TODD/FLB DEFENDANTS"), | : | |
| | : | |
| Respondents | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 6th day of June, 2017, the Petition for Allowance of Appeal is

**GRANTED**. The issue, rephrased for clarity, is:

> Should this Court overturn its decision in *Muhammad v. Strassburger, Mckenna, Messer, Shilobod & Gutnick*, 587 A.2d 1346 (Pa. 1991), which bars legal malpractice suits following the settlement of a lawsuit absent an allegation of fraud, even in instances where an attorney's negligence led to a lesser settlement.